MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
06 OCT 17 PM 2: 53
CLERK, U.S. DISTRICT C.
SOUTHERN DISTRICT OF CAL

Case: Fair Housing Council v. Peñasquitos Casablanca

Case No: 05cv0072-LAB (CAB)

BY: _____ DEPUTY

HON. Larry A. Burns          CT. DEPUTY Tisha Washam          Rptr. _____

Present

Plaintiff(s):    Christopher Brancart, Esq.
                 Jim Treglio, Esq.

Defendant(s):    Gregory C. Kane, Esq.

On October 16, 2006, the court convened a second (telephonic) Pre-Trial Conference in this matter, with appearances as noted above. The parties have another settlement conference scheduled for December 4, 2006 with Magistrate Judge Bencivengo. At the Pre-Trial Conference, this court set a trial date of *January 3, 2007 at 9:00 a.m.* All Motions *In Limine* must be served and filed on or before *December 11, 2006*. Oppositions are due *December 18, 2006*. The motions will be heard *January 2, 2007 at 3:00 p.m.*

DATE: October 16, 2006

IT IS SO ORDERED.

_Larry A. Burns_
Honorable Larry Alan Burns
United States District Judge

cc:    MAGISTRATE JUDGE CATHY ANN BENCIVENGO
       ALL COUNSEL OF RECORD