# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF SAN DIEGO; JOANN REED; and MILTON RODGERS, JAMEL RODGERS and ANTWAN RAMSEY, minors, by their guardian ad litem, JOANN REED,<br><br>Plaintiffs,<br><br>vs.<br><br>PEÑASQUITOS CASABLANCA OWNER'S ASSOCIATION,<br><br>Defendant. | CASE NO. 05CV0072-LAB (CAB)<br><br>**ORDER RE MOTIONS *IN LIMINE* AND MISCELLANEOUS PRE-TRIAL MOTIONS AND MATTERS** |

On January 3 and 4, 2007, the Court convened the hearing of Motions *In Limine*, objections and additions to excerpts of deposition transcripts to be read to the jury *in lieu* of live testimony at trial of unavailable witnesses, requests for judicial notice, and other pre-trial matters. Christopher Brancart, Esq. and Jim Treglio, Esq. appeared for plaintiffs. Gregory Kane appeared for defendant. For the reasons recited on the record, the court ruled on each of the Motions *In Limine*, each of the requests for judicial notice, and each of the objections or requests to augment the designated portions of deposition transcripts to be read to the jury, with those decisions memorialized in the record.

**IT IS SO ORDERED**.

DATED: January 5, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

05CV0072