

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF SAN DIEGO; JOANN REED; and MILTON RODGERS, JAMEL RODGERS and ANTWAN RAMSEY, minors, by their guardian ad litem, JOANN REED,<br><br>Plaintiffs,<br>vs.<br>PEÑASQUITOS CASABLANCA OWNER'S ASSOCIATION,<br><br>Defendant. | CASE NO. 05CV0072-LAB (CAB)<br><br>**SPECIAL VERDICT** |

We the jury in the above-entitled action find the following special verdicts:

**Question No. 1:**

Is defendant Peñasquitos Casablanca Owner's Association liable for violation of the federal Fair Housing Act or California Fair Employment and Housing Act with respect to either plaintiff?

Answer "yes" or "no" after the name of each plaintiff.

|  | Yes | No |
|---|---|---|
| Answer:     Plaintiff Joann Reed | ✓ | ____ |
| Plaintiff Fair Housing Council of San Diego | ✓ | ____ |

Go on to question number 2.

**Question No. 2:**

Is defendant Peñasquitos Casablanca Owner's Association liable for violation of the California Unruh Civil Rights Act with respect to plaintiff Joann Reed?

✓ Yes  ____ No

Go on to question number 3.

**Question No. 3:**

Is defendant Peñasquitos Casablanca Owner's Association liable for violation of the California Bane Act with respect to plaintiff Joann Reed?

✓ Yes  ____ No

Go on to question number 4.

**Question No. 4:**

*(If you answered "yes" to question numbers 1, 2 or 3 with respect to plaintiff Joann Reed, then answer this question. Otherwise, go on to question number 5.)*

What, if any, is the total amount of compensatory damages to be awarded to Joann Reed?

Answer:   $ 10,000

Go on to question number 5.

**Question No. 5:**

*(If you answered "yes" to question number 2 with respect to plaintiff Joann Reed, then answer this question. Otherwise, go on to question number 6.)*

What, if any, is the total amount of statutory damages to be awarded to Joann Reed under the California Unruh Civil Rights Act?

Answer:   $ 12,000

Go on to question number 6.

**Question No. 6:**

*(If you answered "yes" to question number 3 with respect to plaintiff Joann Reed, then answer this question. Otherwise, go on to question number 7.)*

///

///

What, if any, is the total amount of statutory damages to be awarded to Joann Reed under the California Bane Act?

Answer:   $ 25,000

Go on to question number 7.

**Question No. 7:**

*(If you answered "yes" to question number 1 with respect to plaintiff Fair Housing Council of San Diego, then answer this question.)*

What, if any, is the total amount of compensatory damages to be awarded to Fair Housing Council of San Diego?

Answer:   $ 500

Sign, date and return the verdict.

Dated: January 11, 2007.

_____
Foreperson